No. 02–11379. REED v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–11380. REYES v. DICARLO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–11381. RUTLEDGE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–11382. AHMED v. SMITH, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–11383. STURGES v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–11384. SCOTT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–11385. QUINN v. DEPARTMENT OF THE INTERIOR. C. A. Fed. Cir. Certiorari denied.

No. 02–11386. CORMIER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–1. WASHOE COUNTY, NEVADA, ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 03–2. OXFORD ASSET MANAGEMENT, LTD., ET AL. v. JAHARIS ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–3. LCT TRANSPORTATION SERVICES, INC., AKA LESTER COGGINS TRUCKING, INC. v. BARRAGAN ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–4. SMITH v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–5. DETROIT, DETROIT, L. L. C. v. LAC VIEUX DESERT BAND OF LAKE SUPERIOR CHIPPEWA INDIANS ET AL. C. A. 6th Cir. Certiorari denied.